UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL HANSON | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 3:11CV99 (RNC) |
| | : |
| ROBERT FARR | : |
| *Chairman, Parole Division*, | : |
| JENNIFER SULLIVAN, | : |
| *Parole Officer* | : |
| MICHAEL CARDONA | : |
| *Hearing Examiner* | : |
| CONNECTICUT BOARD OF | : |
| PARDONS & PAROLES, | : |
| | : |
| Defendants. | |

## JUDGMENT

This action having come on for consideration of Defendant Jennifer Sullivan's motion to dismiss [dkt. # 6] before the Honorable Donna F. Martinez, United States Magistrate Judge, and the Honorable Robert N. Chatigny, United States District Judge and,

The Honorable Donna F. Martinez having considered the motion and the full record of the case including applicable principles of law, and having filed a recommended ruling [dkt. # 8] granting the defendant's motion to dismiss and the court, after review and absent objection, having approved and adopted the recommended ruling; and no amended complaint having been filed; it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered dismissing the case.

Dated at Hartford, Connecticut, this 4th day of May, 2012.

ROBERTA D. TABORA, Clerk

By    /s/TG
Terri Glynn
Deputy Clerk

EOD 5/4/12